IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
C.A. No. 1:10-cv-46

| | |
|---|---|
| WANDA MARTIN WOODS, )<br>　　　　　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>LVNV FUNDING, LLC, )<br>　　　　　　　　Defendant. )<br>_____ ) | **STIPULATION OF DISMISSAL** |

NOW COME Plaintiff WANDA MARTIN WOODS and Defendant LVNV FUNDING, LLC, in the above-referenced action, and hereby file this Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissing any and all claims and counterclaims against each other with prejudice in the above-referenced action.

STIPULATED AND AGREED to this 16th day of April, 2010.

By:

| | |
|---|---|
| /s/ Suzanne Begnoche | /s/ Caren Enloe |
| Suzanne Begnoche | Caren Enloe |
| NCSB # 35158 | NCSB # 17394 |
| SUZANNE BEGNOCHE, | SMITH DEBNAM NARRON DRAKE |
| ATTORNEY AT LAW | SAINTSING & MYERS, LLP |
| 312 West Franklin Street | 4601 Six Forks Road, Suite 400 |
| Chapel Hill, NC  27516 | Post Office Drawer 26268 |
| Telephone: (919) 960-6108 | Raleigh, NC  27610 |
| Facsimile: (919) 967-4953 | Telephone: (919) 250-2000 |
| Attorney for Plaintiff | Facsimile: (919) 250-2100 |
| begnochelaw@mindspring.com | Attorney for Defendant |
| | cenloe@smithdebnamlaw.com |